5 F.3d 1491
 U.S.
v.
Eighteen Units, More or Less, of an Article of Drug, 'Sports
Oxygen a Breath of Fresh Oxygen', Oxygen Cylinder Regulator
Valve, Face Mask and Carrying Case, 'Sports Oxygen,
Instructions, Leland-NTG, Sports Oxygen Distributed by
Leland Limited, Inc., Contents 18 Liters of Oxygen, Perform
to your Limit, Get that Second Effort
 NO. 92-5705
 United States Court of Appeals,
Third Circuit.
 July 27, 1993
 
 1
 Appeal From: D.N.J.
 
 
 2
 AFFIRMED.